# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Cecil SHORT<br><br>*Defendant(s)* | Case No. 2:20-cr-20168-JPM-tmp |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 20, 2020** in the county of **Shelby** in the **Western** District of **Tennessee**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute a controlled substance |
| 21 U.S.C. 841 (a)(1) | Possession with Intent to Manufacture of Distribute a controlled substance |
| 18 U.S.C. 922 (g)(1) | Possession of a Firearm by a Convicted Felon |
| 18 U.S.C. 924 (c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*s/Daniel Green*
*Complainant's signature*

Special Agent Daniel Green
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/21/2020

*s/ Annie T. Christoff*
*Judge's signature*

City and state: Memphis, Tennessee

Hon. Annie T. Christoff, U.S. Magistrate Judge
*Printed name and title*